

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES JOHNSON | CIVIL ACTION NO. |
| PLAINTIFF, | 3:02-CV-2065 (CFD) |
| v. | |
| SOUTHERN CONNECTICUT STATE UNIVERSITY AND BRIDGEPORT HOSPITAL SCHOOL OF NURSE ANESTHESIA | |
| DEFENDANT. | October 17, 2003 |

## PLAINTIFF'S MOTION FOR AN EXTENSION TO RESPOND TO THE DEFENDANT'S MOTION TO DISMISS

The plaintiff, James Johnson, moves for an extension to respond to the defendant's Motion to Dismiss until Friday, October 31, 2003. This is the plaintiff's first request for an extension to reply to the Motion to Dismiss. Defendants' counsel, Stuart M. Katz and Edward F. Osswalt, each represented that the defendants do not oppose the plaintiff's extension request.

The undersigned counsel has not yet been able to file the plaintiff's Memorandum of Law in Opposition to the Motion to Dismiss because: (1) the associate who was assigned to this case left the firm in July, 2003; (2) he has been in the process of trying to meet an October deadline to complete the annual supplement to a treatise he co-authors entitled Disability Discrimination in the Workplace; (3) the process of leaving his partnership of Klebanoff & Phelan, P.C. and setting up the firm of Gary Phelan, L.L.C. and joining as "Of Counsel" the New York law firm of Outten & Golden on October 1, 2003 took much more time than anticipated; (4) the associate from Outten & Golden who was to assist the undersigned announced last month she was leaving the firm and the associate hired to replace her will not be starting until

mid-November, 2003, and (5) he is in the midst of doing six Memorandum of Laws in various cases that must all be filed in October, 2003.

THE PLAINTIFF,

By: /s/ Gary Phelan
Gary Phelan, Esq. (CT03670)
Gary Phelan, L.L.C.
433 South Main Street
Suite 117
West Hartford, CT 06110
(860) 313-5005

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this 17th day of October, 2003 to:

Edward F. Osswalt, Esq.
Assistant Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Stuart M. Katz, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604

/s/ Gary Phelan
Gary Phelan