UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES JOHNSON,<br>*Plaintiff* | : | CIVIL ACTION NO. 3:02-CV-2065 (CFD) |
| v. | : | |
| SOUTHERN CONNECTICUT STATE<br>UNIVERSITY and BRIDGEPORT<br>HOSPITAL SCHOOL OF NURSE<br>ANESTHESIA,<br>*Defendants* | :<br>:<br>:<br>:<br>: | MAY 7, 2003 |

*Granted, absent objection. So ordered.*
*10/20/03*

## MOTION TO DISMISS

The Defendant, Southern Connecticut State University, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectfully moves this court to dismiss the First, Fourth, Fifth, Sixth, and Seventh Counts of the Complaint in their entirety, the Second Count to the extent that the acts which allegedly give rise to the claim set forth therein predated September 25, 2001, and the Plaintiff's claim for punitive damages. The bases for the Defendant's motion are as follows:

First Count (Section 17a-549 of the Connecticut General Statutes): The Defendant is immune from suit in federal court for actions under Section 17a-549 of the Connecticut General Statutes;

Second Count (Section 504 of the Rehabilitation Act): To the extent that the Plaintiff's claims under Section 504 of the Rehabilitation Act are based on violations alleged to have

**ORAL ARGUMENT NOT REQUESTED.**