*Granted, absent objection. So ordered.*
*USDJ 10/20/03*

UNITED STATES DISTRICT COURT

| | |
|---|---|
| JAMES JOHNSON<br>               **Plaintiff**<br>vs.<br><br>SOUTHERN CONNECTICUT STATE<br>UNIVERSITY AND BRIDGEPORT<br>HOSPITAL SCHOOL OF NURSE<br>ANESTHESIA<br>               **Defendant** | Civil Action No.:<br>302 CV 2065 (CFD)<br><br><br><br><br>MAY 27, 2003 |

## MOTION TO DISMISS

The defendant Bridgeport Hospital School of Nurse Anesthesia, which is actually called the Bridgeport Hospital Nurse Anesthesia Program (the "Program"), respectfully moves to dismiss the First, Second, Third, Fifth, Sixth and Seventh counts of the Complaint. Pursuant to Fed. R. Civ. P. 12(b)(1), this court lacks subject matter jurisdiction over the single federal statutory claim that is alleged in the Second Count because the Program was <u>not</u> the plaintiff's "employer." In the absence of any federal questions, this court also should decline to exercise supplemental jurisdiction over the First, Third, Fifth, Sixth and Seventh counts of the Complaint. Even if the court had subject matter jurisdiction over the plaintiff's claim, this action must be dismissed pursuant to Fed. R. Civ. P. 12(b)(5), based on insufficiency of service of process.

**ORAL ARGUMENT REQUESTED**