UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES JOHNSON

    PLAINTIFF,

v.

SOUTHERN CONNECTICUT STATE
UNIVERSITY AND BRIDGEPORT
HOSPITAL SCHOOL OF NURSE
ANESTHESIA

    DEFENDANT.

CIVIL ACTION NO.
3:02-CV-2065 (CFD)

October 17, 2003

## PLAINTIFF'S MOTION FOR AN EXTENSION TO RESPOND TO THE DEFENDANT'S MOTION TO DISMISS

The plaintiff, James Johnson, moves for an extension to respond to the defendant's Motion to Dismiss until Friday, October 31, 2003. This is the plaintiff's first request for an extension to reply to the Motion to Dismiss. Defendants' counsel, Stuart M. Katz and Edward F. Osswalt, each represented that the defendants do not oppose the plaintiff's extension request.

The undersigned counsel has not yet been able to file the plaintiff's Memorandum of Law in Opposition to the Motion to Dismiss because: (1) the associate who was assigned to this case left the firm in July, 2003; (2) he has been in the process of trying to meet an October deadline to complete the annual supplement to a treatise he co-authors entitled <u>Disability Discrimination in the Workplace</u>; (3) the process of leaving his partnership of Klebanoff & Phelan, P.C. and setting up the firm of Gary Phelan, L.L.C. and joining as "Of Counsel" the New York law firm of Outten & Golden on October 1, 2003 took much more time than anticipated; (4) the associate from Outten & Golden who was to assist the undersigned announced last month she was leaving the firm and the associate hired to replace her will not be starting until

---

GRANTED. Accordingly, the Court's Rulings on the defendants motions to dismiss [Docs # 7 and 10], dated October 20, 2003, are hereby VACATED. So ordered.

Christopher F. Droney
United States District Judge
10/21/03