# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

James Johnson,
    Plaintiff

v.

Southern Connecticut State
University and Bridgeport
Hospital School of Nurse Anesthesia,
    Defendants.

APPEARANCE

CASE NUMBER: 3:02-CV-2065 (CFD)

**FILED**
2003 NOV -7 P 2:04
US DISTRICT COURT
HARTFORD CT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

    James Johnson

---

**November 6, 2003**
Date

**CT24252**
Connecticut Federal Bar Number

**(860)313-5005**
Telephone Number

**(860)313-5350**
Fax Number

**phelanlawtanya@snet.net**
E-mail address

Signature

**Tanya Wolanic**
Print Clearly or Type Name

**433 South Main Street, Suite 117**
Address

**West Hartford, CT  06110**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

    See attached sheet

Signature  Tanya Wolanic

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

Edward F. Osswalt, Esq.
Assistant Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Stuart M. Katz, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604