UNITED STATES DISTRICT COURT

JAMES JOHNSON
                Plaintiff

vs.

                                            Civil Action No.:
                                            302 CV 2065 (CFD)

SOUTHERN CONNECTICUT STATE
UNIVERSITY AND BRIDGEPORT
HOSPITAL SCHOOL OF NURSE
ANESTHESIA
                Defendant                       NOVEMBER 14, 2003

**MOTION FOR EXTENSION OF TIME**

      Pursuant to Local Rule 9(b), the Defendant Bridgeport Hospital School of Nurse Anesthesia respectfully seeks an extension of time, through and including November 28, 2003 to file its reply brief to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss.  In support of this Motion the Defendant, Bridgeport Hospital School of Nurse Anesthesia represents as follows:

      1.      The Defendant filed its Motion to Dismiss on May 27, 2003.

      2.      The Plaintiff filed its Memorandum of Law in Opposition to the Defendant's Motion to Dismiss on October 31, 2003

3. Pursuant to the Federal Rules of Civil Procedure, the Defendant's reply brief would be due on November 14, 2003.

4. In order to fully reply to the arguments raised by the plaintiff, the Defendant requires additional time.

5. This is the Defendant's first such request for an extension of time to reply to the Plaintiff's Memorandum of Law in Opposition to Defendant's Motion Dismiss.

6. The undersigned has conferred with Counsel for the Plaintiff, Tanya Wolanic, Esq., who consents to the enlargement of time requested herein.

WHEREFORE, the Defendant respectfully request an extension of time, of ten (10) days, through and including November 28, 2003 to file a reply brief to Plaintiff's Memorandum of Law in Opposition to Defendant Bridgeport Hospital School of Nurse Anesthesia's Motion to Dismiss.

THE DEFENDANT
BRIDGEPORT HOSPITAL SCHOOL
OF NURSE ANESTHESIA

By:_____
Stuart M. Katz, Esq.
Federal Bar No. ct 12088
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
(203) 368-0211
(203) 394-9901 fax
skatz@cohenandwolf.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed postage prepaid this 14th day of November 2003 to:

Tanya Wolanic, Esq.
Klebanoff & Phelan, P.C.
433 South Main Street
Suite 117
West Hartford, CT 06110

Edward Osswalt, Esq.
Assistant Attorney General
Office of the Attorney General
P.O. Box 120, 4th Floor
55 Elm Street
Hartford, CT 06141-0120

_____
Stuart M. Katz

_____
Date