26

FILED

2003 NOV 17 P 4: 26

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

JAMES JOHNSON
                    **Plaintiff**

vs.

SOUTHERN CONNECTICUT STATE
UNIVERSITY AND BRIDGEPORT
HOSPITAL SCHOOL OF NURSE
ANESTHESIA
                    **Defendant**

Civil Action No.:
302 CV 2065 (CFD)

NOVEMBER 14, 2003

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), the Defendant Bridgeport Hospital School of Nurse Anesthesia respectfully seeks an extension of time, through and including November 28, 2003 to file its reply brief to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss. In support of this Motion the Defendant, Bridgeport Hospital School of Nurse Anesthesia represents as follows:

1. The Defendant filed its Motion to Dismiss on May 27, 2003.

2. The Plaintiff filed its Memorandum of Law in Opposition to the Defendant's Motion to Dismiss on October 31, 2003

*[handwritten annotations in margins: "2nd Mtn for extime", "Granted, nunc pro tunc, so ordered.", "12/11/03", dated stamp "2003 DEC 11 P 4:..." US DISTRICT COURT HARTFORD CT]*