UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES JOHNSON, | : CASE NO. 3:02CV2065(CFD) |
| *Plaintiff*, | : |
| v. | : |
| SOUTHERN CONNECTICUT STATE UNIVERSITY AND BRIDGEPORT HOSPITAL SCHOOL OF NURSE ANESTHIA | : |
| *Defendants*. | : January 7, 2004 |

### MOTION FOR SECURITY FOR COSTS

Pursuant to Rule 83.3 of the Local Rules of Civil Procedure, the defendant Southern Connecticut State University hereby move for an order requiring the plaintiff, James Johnson, to post a bond as security for costs in the amount of five hundred ($500.00) dollars.

DEFENDANT,
SOUTHERN CONNECTICUT
STATE UNIVERSITY

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Edward F. Osswalt
Assistant Attorney General
Federal Bar No. ct15252
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax.: (860) 808-5383
E-mail:
Edward.Osswalt@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Security for Costs was sent by United States first class mail, postage prepaid, this 7th day of January, 2004, to:

Gary Phelan, Esq.
Tanya Wolanic, Esq.
Gary Phelan LLC
433 South Main Street, Suite 117
West Hartford, CT 06110
Tel.: (860) 313-5005

Stuart M. Katz, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tel: (203) 368-0211

Edward F. Osswalt
Assistant Attorney General