# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**
2003 DEC 19 A 7 40
U.S. DISTRICT COURT
HARTFORD, CT.

---------------------------------------------------------- X
JAMES JOHNSON,                         :   CIVIL ACTION NO.
                                       :   3:02CV2065 (CFD)
               Plaintiff,              :
                                       :
v.                                     :
                                       :
SOUTHERN CONNECTICUT STATE             :
UNIVERSITY AND BRIDGEPORT              :   DECEMBER 17, 2003
HOSPITAL SCHOOL OF NURSE               :
ANESTHESIA,                            :
                                       :
               Defendant.              :
---------------------------------------------------------- X

APPROVED and SO ORDERED
Christopher F. Droney, U.S.D.J.
Hartford, CT  1/19/04

## FORM 26(f) REPORT OF PARTIES' PLANNING MEETING

Date Complaint Filed:         November 21, 2002

Date Complaint Served:        December 9, 2002

Defendant Bridgeport Hospital School of Nurse Anesthesia ("BHSNA") disputes that it has been properly served with the Complaint.

Date of Southern Connecticut State University's ("SCSU") Appearance:  April 7, 2003

Date of Bridgeport Hospital School of Anesthesia's Appearance:  May 8, 2003

## I.    CERTIFICATION

The undersigned counsel certify that, after consultation with their clients; they have discussed the nature and basis of the parties' claims and defenses and any possibilities for achieving a prompt settlement or other resolution of the case and in consultation with their clients, have developed the following proposed case management plan. Counsel further certify that they have forwarded a copy of this report to their clients.

## II.   JURISDICTION

### A.    Subject Matter Jurisdiction

Jurisdiction is conferred upon this court because this action raises a federal question under Title II of the Americans with Disabilities Act of 1990, 42 U.S.C. §§12131-34("ADA") and

1