UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES JOHNSON, | : CASE NO. 3:02CV2065(CFD) |
| *Plaintiff*, | : |
| v. | : |
| SOUTHERN CONNECTICUT STATE UNIVERSITY AND BRIDGEPORT HOSPITAL SCHOOL OF NURSE ANESTHIA | : |
| *Defendants*. | : January 7, 2004 |

**GRANTED. It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford, CT 1/20/04

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION

COMES NOW the defendant Southern Connecticut State University and pursuant to Local Rule 7(b), hereby request an extension of time of thirty (30) days, or until February 23, 2004, in which to serve responses to plaintiff's first set of interrogatories and request for production dated December 23, 2003 in the above-captioned matter. In support of this motion, the defendant represents as follows:

1. The defendants need additional time to investigate the discovery requests, compile and prepare responses to these discovery requests.

2. Pursuant to Local Rule 7(b), the undersigned has caused counsel for the plaintiff, Tanya Wolanic, Esq., to be contacted. Attorney Wolanic has authorized the defendant to represent that she has NO OBJECTION to this motion.