UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES JOHNSON,<br>　　　　　Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 3:02CV2065(CFD) |
| SOUTHERN CONNECTICUT STATE<br>UNIVERSITY AND BRIDGEPORT<br>HOSPITAL SCHOOL OF NURSE<br>ANESTHESIA,<br>　　　　　Defendants. | :<br>:<br>:<br>:<br>: |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_  A recommended ruling on the following motions which are currently pending: (orefm.)

\_\_\_\_  A ruling on the following motions which are currently pending: (orefm.)

_X_   A settlement conference (orefmisc./cnf)

\_\_\_\_  A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_  Other: (orefmisc./misc) _____

SO ORDERED this 20th day of January 2004 at Hartford, Connecticut.

　　　　　　　　　　　　　　　　　　　Christopher F. Droney
　　　　　　　　　　　　　　　　　　　United States District Judge