UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES JOHNSON

V.                             Case Number: 02 CV 2065(CFD)

SOUTHERN CONNECTICUT STATE UNIVERSITY

CORRECTED ORDER RE: SECURITY BOND
------------------------

The defendant(s):

SOUTHERN CONNECTICUT STATE UNIVERSITY

in the above-entitled case having made application to the Clerk of Court for an order requiring the plaintiff(s) to deposit or file a bond with sufficient surety in the sum of $500.00 pursuant to Local Rule 83.3(a) of the Rules of Civil Procedure for the United States District of Connecticut.

It is ORDERED that the plaintiff(s) herein file a bond as security for costs in this action within thirty (30) days from this date.

Dated at Hartford, Connecticut, January 22, 2004

KEVIN F. ROWE, CLERK

By: _____
    FIDELIS BASILE
    Deputy Clerk