UNITED STATES DISTRICT COURT

| | |
|---|---|
| JAMES JOHNSON<br>　　　　　　　Plaintiff<br>vs.<br><br>SOUTHERN CONNECTICUT STATE<br>UNIVERSITY AND BRIDGEPORT<br>HOSPITAL SCHOOL OF NURSE<br>ANESTHESIA<br>　　　　　　　Defendant | Civil Action No.:<br>3:02-CV-2065 (CFD)<br><br><br><br>JANUARY 16, 2004 |

### MOTION FOR BOND

Pursuant to Rule 83.3 of the Local Rules of Civil Procedure, the Defendant Bridgeport Hospital School of Nurse Anesthesia respectfully moves for an Order requiring the Plaintiff, James Johnson, to post a bond of security for costs in the amount of $500.

THE DEFENDANT
BRIDGEPORT HOSPITAL SCHOOL
OF NURSE ANESTHESIA

By:_____
Stuart M. Katz, Esq.
Federal Bar No. ct 12088
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tel. (203) 368-0211
Fax. (203) 394-9901
skatz@cohenandwolf.com

## ORDER

The foregoing Motion for Bond having been considered by the court, it is hereby:

GRANTED / DENIED.

_____
U.S.D.J

Dated: _____

## **CERTIFICATION**

     This is to certify that a copy of the foregoing was mailed postage prepaid this 16th day of January 2004:

Tanya Wolanic, Esq.
Gary E. Phelan, Esq.
Klebanoff & Phelan, P.C.
433 South Main Street
Suite 117
West Hartford, CT 06110


Edward Osswalt, Esq.
Assistant Attorney General
Office of the Attorney General
P.O. Box 120, 4th Floor
55 Elm Street
Hartford, CT 06141-0120

_____
Stuart M. Katz

1-16-04
Date