UNITED STATES DISTRICT COURT

JAMES JOHNSON
                **Plaintiff**

vs.
                                      Civil Action No.:
                                      302 CV 2065 (CFD)

SOUTHERN CONNECTICUT STATE
UNIVERSITY AND BRIDGEPORT
HOSPITAL SCHOOL OF NURSE
ANESTHESIA
                **Defendant**                        JANUARY 16, 2003

## MOTION FOR EXTENSION OF TIME

The Defendant Bridgeport Hospital School of Nurse Anesthesia hereby respectfully moves, pursuant to Local Rule 7(b), for an extension of time of thirty (30) days, through and including February 23, 2004, within which to respond to Plaintiff's First Set of Interrogatories and Requests for Production dated December 23, 2003. In support of this Motion, this Defendant represents as follows:

1.     Bridgeport Hospital School of Nurse Anesthesia requires additional time to research and prepare responses to these Discovery Requests.

2. In accordance with Local Rule 7(b), the undersigned has contacted counsel for the Plaintiff, Tanya Wolanic, Esq., who has indicated that she has no objection to the granting of this Motion.

3. This is Bridgeport Hospital School of Nurse Anesthesia's first request for additional time within which to respond to Plaintiff's First Set of Interrogatories and Requests for Production.

WHEREFORE, the Defendant Bridgeport Hospital School of Nurse Anesthesia requests an additional thirty (30) days, through and including February 23, 2004 within which to respond to Plaintiff's First Set of Interrogatories and Requests for Production.

THE DEFENDANT
BRIDGEPORT HOSPITAL SCHOOL
OF NURSE ANESTHESIA

By: /s/ Stuart M. Katz
Stuart M. Katz, Esq.
Federal Bar No. ct 12088
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
(203) 368-0211
(203) 394-9901 fax
skatz@cohenandwolf.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed postage prepaid this 16th day of January 2004:

Tanya Wolanic, Esq.
Gary Phelan, Esq.
Klebanoff & Phelan, P.C.
433 South Main Street
Suite 117
West Hartford, CT 06110


Edward Osswalt, Esq.
Assistant Attorney General
Office of the Attorney General
P.O. Box 120, 4th Floor
55 Elm Street
Hartford, CT 06141-0120

_____
Stuart M. Katz

__1/16/04__
Date