37

**GRANTED. It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford, CT 2/1/04

UNITED STATES DISTRICT COURT

JAMES JOHNSON
                           **Plaintiff**

vs.
                                          Civil Action No.:
                                          302 CV 2065 (CFD)

SOUTHERN CONNECTICUT STATE
UNIVERSITY AND BRIDGEPORT
HOSPITAL SCHOOL OF NURSE
ANESTHESIA
                        **Defendant**                    **JANUARY 16, 2003**

## MOTION FOR EXTENSION OF TIME

The Defendant Bridgeport Hospital School of Nurse Anesthesia hereby respectfully moves, pursuant to Local Rule 7(b), for an extension of time of thirty (30) days, through and including February 23, 2004, within which to respond to Plaintiff's First Set of Interrogatories and Requests for Production dated December 23, 2003. In support of this Motion, this Defendant represents as follows:

1. Bridgeport Hospital School of Nurse Anesthesia requires additional time to research and prepare responses to these Discovery Requests.