UNITED STATES DISTRICT COURT

| | |
|---|---|
| **JAMES JOHNSON** <br>                     **Plaintiff,** <br> **vs.** <br><br> **SOUTHERN CONNECTICUT STATE UNIVERSITY AND BRIDGEPORT HOSPITAL SCHOOL OF NURSE ANESTHESIA** <br>                     **Defendant.** | **Civil Action No.:** <br> **302 CV 2065 (CFD)** <br><br><br><br> **February 18, 2003** |

**MOTION FOR EXTENSION OF TIME**

The Defendant Bridgeport Hospital School of Nurse Anesthesia hereby respectfully moves, pursuant to Local Rule 7(b), for an extension of time of thirty (30) days, through and including March 24, 2004, within which to respond to Plaintiff's First Set of Interrogatories and Requests for Production dated December 23, 2003. In support of this Motion, this defendant represents as follows:

1. Bridgeport Hospital School of Nurse Anesthesia requires additional time to research and prepare responses to these Discovery Requests, due to the fact that an individual with substantial knowledge of the matters involved in this case is no longer employed by this defendant.

2. In accordance with Local Rule 7(b), the undersigned has contacted counsel for the Plaintiff, Gary Phelan, Esq., who has indicated that he has no objection to the granting of this Motion.

3. This is Bridgeport Hospital School of Nurse Anesthesia's second request for additional time within which to respond to Plaintiff's First Set of Interrogatories and Requests for Production.

WHEREFORE, the Defendant Bridgeport Hospital School of Nurse Anesthesia requests an additional thirty (30) days, through and including March 24, 2004 within which to respond to Plaintiff's First Set of Interrogatories and Requests for Production.

        THE DEFENDANT
        BRIDGEPORT HOSPITAL SCHOOL
        OF NURSE ANESTHESIA


        By:_____
          Stuart M. Katz, Esq.
          Federal Bar No. ct 12088
          Cohen and Wolf, P.C.
          1115 Broad Street
          Bridgeport, CT 06604
          (203) 368-0211
          (203) 394-9901 fax
          skatz@cohenandwolf.com

**CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed postage prepaid this 18th day of February 2004:

Gary Phelan, Esq.
Klebanoff & Phelan, P.C.
433 South Main Street
Suite 117
West Hartford, CT 06110

Edward Osswalt, Esq.
Assistant Attorney General
Office of the Attorney General
P.O. Box 120, 4th Floor
55 Elm Street
Hartford, CT 06141-0120

 

_____
Stuart M. Katz

_____
Date