40

FILED

2004 FEB 19 P 1: 44

**UNITED STATES DISTRICT COURT** DISTRICT COURT
HARTFORD. CT.

**JAMES JOHNSON**
                                **Plaintiff,**
**vs.**

                                                Civil Action No.:
                                                302 CV 2065 (CFD)

**SOUTHERN CONNECTICUT STATE**
**UNIVERSITY AND BRIDGEPORT**
**HOSPITAL SCHOOL OF NURSE**
**ANESTHESIA**
                                **Defendant.**          **February 18, 2003**

**GRANTED.** It is so ordered.

Christopher F. Droney, U.S.D.J.
Hartford, CT

**MOTION FOR EXTENSION OF TIME**

The Defendant Bridgeport Hospital School of Nurse Anesthesia hereby respectfully

moves, pursuant to Local Rule 7(b), for an extension of time of thirty (30) days, through and

including March 24, 2004, within which to respond to Plaintiff's First Set of Interrogatories and

Requests for Production dated December 23, 2003.   In support of this Motion, this defendant

represents as follows:

Bridgeport Hospital School of Nurse Anesthesia requires additional time to

research and prepare responses to these Discovery Requests, due to the fact that

an individual with substantial knowledge of the matters involved in this case is no

longer employed by this defendant.

FILED 2004 MAR -3 A 8: 08 U.S. DISTRICT COURT HARTFORD. CT.