**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

------------------------------------------------- X
JAMES JOHNSON,                                    :   CIVIL ACTION NO.
                                                  :   3:02CV2065 (CFD)
                    Plaintiff,                    :
                                                  :
v.                                                :
                                                  :
SOUTHERN CONNECTICUT STATE                        :
UNIVERSITY AND BRIDGEPORT                         :   FEBRUARY 2, 2004
HOSPITAL SCHOOL OF NURSE                          :
ANESTHESIA,                                       :
                                                  :
                    Defendants.                   :
------------------------------------------------- X

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully removes to withdraw her appearance on behalf of the plaintiff in the above-captioned matter. The plaintiff will continue to be represented by Gary Phelan of Gary Phelan, L.L.C., who already has an appearance in this matter.

The plaintiff consents to this Motion to Withdraw, and is being sent a copy of this motion.

WHEREFORE, the undersigned respectfully requests that her Motion to Withdraw Appearance be granted.

THE PLAINTIFF,
JAMES JOHNSON
By_____

Tanya Wolanic (CT 24252)
Gary Phelan, L.L.C.
433 South Main Street, Suite 117
West Hartford, CT 06110
(860) 313-5005

*Granted. So ordered. 3/2/04*