

**GRANTED. absent objection**
It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 3/31/04

# UNITED STATES DISTRICT COURT

| | |
|---|---|
| JAMES JOHNSON<br>                Plaintiff,<br>vs.<br><br>SOUTHERN CONNECTICUT STATE UNIVERSITY AND BRIDGEPORT HOSPITAL SCHOOL OF NURSE ANESTHESIA<br>                Defendant. | Civil Action No.:<br>302 CV 2065 (CFD)<br><br><br>March 22, 2004 |

## MOTION FOR EXTENSION OF TIME

The Defendant Bridgeport Hospital School of Nurse Anesthesia hereby respectfully moves, pursuant to Local Rule 7(b), for an extension of time of thirty (30) days, through and including April 24, 2004, within which to respond to Plaintiff's First Set of Interrogatories and Requests for Production dated December 23, 2003. In support of this Motion, this defendant represents as follows:

1. Bridgeport Hospital School of Nurse Anesthesia requires additional time to research and prepare responses to these Discovery Requests, due to the fact that an individual with substantial knowledge of the matters involved in this case is no longer employed by this defendant.

FILED 2004 MAR 31 P 3:06 U.S. DISTRICT COURT HARTFORD, CT.