UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES JOHNSON
    -Plaintiff(s)

-v-                            NO. 3:02 CV 2065 (CFD)

SOUTHERN CONNECTICUT STATE UNIVERSITY
AND BRINGEPORT HOSPITAL SCHOOL
    -Defendant(s)

## ORDER

A settlement conference will be held before the undersigned on **OCTOBER 6, 2004, at 10:00 a.m.** Counsel shall be accompanied by the appropriate persons with the authority to settle. It will not be sufficient for such individuals to be "available by telephone." See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000).

IT IS SO ORDERED.

Dated at Hartford, Connecticut, this 5th day of April, 2004.

Thomas P. Smith
United States Magistrate Judge