UNITED STATES DISTRICT COURT

JAMES JOHNSON
           Plaintiff

vs.

SOUTHERN CONNECTICUT STATE
UNIVERSITY AND BRIDGEPORT
HOSPITAL SCHOOL OF NURSE
ANESTHESIA
           Defendant

Civil Action No.:
3:02-CV- 2065 (CFD)

JANUARY 16, 2004

## MOTION FOR BOND

Pursuant to Rule 83.3 of the Local Rules of Civil Procedure, the Defendant Bridgeport Hospital School of Nurse Anesthesia respectfully moves for an Order requiring the Plaintiff, James Johnson, to post a bond of security for costs in the amount of $500.

THE DEFENDANT
BRIDGEPORT HOSPITAL SCHOOL
OF NURSE ANESTHESIA

By: _____
Stuart M. Katz, Esq.
Federal Bar No. ct 12088
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tel. (203) 368-0211
Fax. (203) 394-9901
skatz@cohenandwolf.com

[Handwritten annotation: "Granted, absent objection. So ordered."]