UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES JOHNSON                   :

  Vs.                           :        CASE NO.3:02CV2065(CFD)

SOUTHERN CT STATE UNIVERSITY    :

**JUDGMENT**

Counsel of record having reported to the court on January 14, 2005 that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, February 24, 2005.


                                              KEVIN F. ROWE, CLERK


                                      BY _____
                                           Devorah Johnson
                                           Deputy Clerk

_____

EOD_____